STEPHANIE QUINTON, *ET AL.*, v.
EDISON PARK DEVELOPMENT CORP., *ET AL.*

October 5, 1971. Petition for Certification granted.

STATE OF NEW JERSEY v. GAIL MADDEN.

October 5, 1971. Petition for Certification granted.

STATE OF NEW JERSEY v. GEORGE MERRITT, JR.

October 5, 1971. Petition for Certification granted.

STATE OF NEW JERSEY v. SALVATORE PROFACI, JR.

October 5, 1971. Petition for Certification denied.

OLYMPIC INSURANCE COMPANY v. G. I. A., INC., *ET AL.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. ARNOLD BURTON UNGER.

October 5, 1971. Petition for Certification denied.